FILED: August 2, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1801
(3:19-cv-00253-CMC-SVH)
_____

SHANNON ASHFORD

        Plaintiff - Appellee

v.

PRICEWATERHOUSECOOPERS LLP

        Defendant - Appellant

_____

O R D E R
_____

Upon consideration of appellant's unopposed motion to hold appeal in abeyance, the court grants the motion and places this case in abeyance pending this court's decision in *Ashford v. PricewaterhouseCoopers LLP*, No. 18-1958.

        For the Court

        /s/ Patricia S. Connor, Clerk